BENJAMIN B. WAGNER
United States Attorney
CRYSTAL K. FULFER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-MJ-00183-KJN |
|---|---|
| Plaintiff, | ORDER VACATING COURT TRIAL AND SETTING A CHANGE OF PLEA |
| v. | |
| ANNA L. BOJORQUEZ, | |
| Defendant. | |

It is hereby ordered that the court trial scheduled for September 15, 2014 at 9:00 a.m., is vacated. It is further ordered that a change of plea is set for October 15, 2014, at 9:00 a.m.

Dated: September 11, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE