UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-mj-00183-KJN |
| Plaintiff, | ) ORDER TO SHOW CAUSE AND ORDER ) TO ISSUE SUMMONS RE: PROBATION |
| v. | ) REVOCATION |
| ANNA L. BOJORQUEZ, | ) |
| Defendant. | ) |

**ORDER TO SHOW CAUSE AND ISSUE SUMMONS**

It is Hereby Ordered that the defendant shall appear on November 16, 2016, at 9:00 a.m., to show cause why the probation granted on October 15, 2014, should not be revoked for the defendant's failure to comply with her Court-ordered probation.

///

///

///

///

///

///

ORDER TO SHOW CAUSE                         1                    U.S. v. ANNA L. BOJORQUEZ

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on November 16, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 13, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE