```
PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNA L. BOJORQUEZ,<br><br>    Defendant. | 2:14-mj-00183-KJN<br><br>REQUEST TO WITHDRAW PETITION TO REVOKE PROBATION AND ORDER<br><br>Date:  November 16, 2016<br>Time:  9:00 a.m.<br>Judge: Hon. Kendall J. Newman |

**REQUEST TO WITHDRAW PETITION**

On October 13, 2016, the United States filed a Petition for Revocation of Probation and Notice of Hearing. The United States seeks leave of Court to withdraw the Petition for Revocation of Probation and asks the Court to vacate the hearing set for November 16, 2016.

DATED: October 28, 2016          PHILLIP A. TALBERT
                                 Acting United States Attorney

                            By:  */s/ Justin L. Lee*
                                 JUSTIN L. LEE
                                 Assistant U.S. Attorney

///

## ORDER

It is hereby ordered that plaintiff United States of America's request to withdraw the petition for revocation of probation filed against defendant ANNA L. BOJORQUEZ is GRANTED.  It is further ordered that the show cause hearing date scheduled on November 16, 2016 is VACATED.

Dated:  October 28, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE